IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HOLLYWOOD CASINO CORPORATION, | § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | CIVIL ACTION NO. 3-02CV0325-M |
| HAROLD C. SIMMONS, CONTRAN CORPORATION, JACK E. PRATT, and WILLIAM D. PRATT | | |
| Defendants. | | |

## ORDER REGARDING STIPULATION OF DISMISSAL WITH PREJUDICE

Having considered the Parties' Stipulation of Dismissal With Prejudice ("Stipulation") the Court is of the opinion that the Stipulation should be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that this action and all claims and counterclaims that were, or could have been, asserted herein are hereby dismissed with prejudice to the refilling of same at any time in any court.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that as between the parties, the taxable court costs herein, and all other costs and expenses shall be borne by the party incurring same.

**IT IS SO ORDERED.**

Signed this ___17___ day of March, 2003.

_____
United States District Judge

5015235.01
1447-25